```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/06/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DRYWALL TAPERS AND PAINTERS OF :
GREATER NEW YORK LOCAL UNION 1974, :
AFFILIATED WITH INTERNATIONAL :   1:25-cv-9258-GHW
UNION OF ALLIED PAINTERS AND ALLIED :
TRADES, AFL-CIO, *et al.*, :   ORDER
                         Petitioners, :
:
            -against- :
:
SEAMLESS WALL FINISHING, :
:
                         Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On November 5, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than November 19, 2025. Respondent's opposition is due by January 7, 2026. Petitioners' reply, if any, is due by January 21, 2026.

Petitioners are directed to serve the petition and supporting materials upon respondent by November 12, 2025 and to file an affidavit of such service with the Court by November 17, 2025.

SO ORDERED.

Dated: November 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge