

**BARNES IACCARINO & SHEPHERD LLP**

ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel:  914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel:  914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

**MEMORANDUM ENDORSED**

November 17, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

VIA ECF
Honorable Gregory H. Woods
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

Re:    Drywall Tapers and Painters of Greater New York Local Union 1974, et al. v. Seamless Wall Finishing

Case No.:    25-cv-09258-GHW

Dear Judge Woods,

    This firm represents Petitioners Drywall Tapers and Painters of Greater New York Local Union 1974, et al. in the above referenced matter. On November 6, 2025, the Court entered an Order [ECF No. 7], directing Petitioners to file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than November 19, 2025; and to serve the petition and supporting materials upon Respondent Seamless Wall Finishing by November 12, 2025, and to file an affidavit of such service with the Court by November 17, 2025. I write to inform the Court that service of the petition and supporting materials is in the process of being effectuated by a process server. In light of these circumstances, Petitioners respectfully request that the Court's deadlines for the filing and service of the documents referenced in its November 6th Order be extended until December 8th and December 10th respectively.

    Petitioners have not submitted any prior extension requests in this matter. Respondent Seamless Wall Finishing has not entered an appearance in this case.

    I appreciate your time and attention to this matter. Thank you.

Respectfully submitted.
/s/ Lauren M. Kugielska
Lauren M. Kugielska

---

Application granted.  Petitioners' deadline to file an affidavit of service of the petition and supporting materials is extended to December 8, 2025.  Petitioners's deadline to file a memorandum of law and associated materials in support of its petition is extended to December 10, 2025.  Respondent's opposition is due January 28, 2026.  Petitioners' reply, if any, is due by February 11, 2026.  Petitioners are directed to serve a copy of this order on Respondent and to file proof of service.

SO ORDERED.
Dated: November 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

