USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO., *et al.*,

Petitioners,

-v-

SEAMLESS WALL FINISHING,

Respondent.

1:25-cv-9258-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 5, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. The Court has identified two issues with respect to materials filed in support of the petition. First, Petitioners have not submitted the September 29, 2020 to June 27, 2023 collective bargaining agreement referenced in the June 27, 2023 memorandum of agreement, Dkt. No. 5-2 at ECF page 54. The September 29, 2020 to June 27, 2023 agreement is relevant to the Court's consideration of the petition because the operative agreement between Petitioners and Respondent incorporated the terms of the memorandum of agreement. *Id.* at ECF page 59. Second, the declaration of John Drew refers to a violation of Article XIII Section 11 Violation 5 of the trade agreement. Dkt. No. 13 ¶ 7. However, the text of the full agreement submitted to the Court, dated June 28, 2017 to June 27, 2020, does not contain a "Section 11" of Article XIII. Dkt. No. 5-2 at ECF page 32.

Accordingly, Petitioners are directed to file in this case and serve upon Respondent the September 29, 2020 to June 27, 2023 collective bargaining agreement referenced in the June 27, 2023 memorandum of agreement, no later than November 30, 2026. Additionally, Petitioners are directed to file in this case and serve upon Respondent an explanation of the reference to Section 11

of Article XIII, and, if appropriate, an amended version of Mr. Drew's declaration, by the same date. Petitioners are further directed to serve a copy of this order on Respondent. Respondent's deadline to file its opposition to Petitioners' motion to confirm the arbitration award is extended to December 14, 2026.

SO ORDERED.

Dated: November 24, 2026

GREGORY H. WOODS
United States District Judge